IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY FENCE CO. and JEFFREY H. COLE<br><br>Defendants. | Case No. 14 C 2403<br><br>Judge St. Eve |

## Motion for Rule to Show Cause

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter an Order for Rule to Show Cause Why Defendant Should Not be Held in Contempt for Defendant's failure to comply with the court order of May 22, 2014 and in support state:

1. This is an ERISA trust fund case seeking an audit. On May 22, 2014, an order was entered directing the Defendant to comply with an ERISA trust fund audit. (Exhibit A)

2. On May 29, 2014, a letter requesting compliance and copy of the court order was sent to the Defendant, via certified mail, care of Jeffrey H. Cole, officer. (Exhibit B)

3. Jeffrey H. Cole was personally served with court order on June 2, 2014 via certified mail. (Exhibit C) Despite being served with the letter and order, Jeffrey H. Cole failed to comply with the court order directing the audit.

WHEREFORE, Plaintiffs pray that their motion be granted and that an Order for Rule to Show Cause as to Why Jeffrey H. Cole Should Not be Held in Contempt be issued returnable on a date certain.

                Respectively submitted,

                s/ DANIEL P. McANALLY

                Trustees of the Iron Workers Tri-state Welfare Fund

Daniel P. McAnally
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312.251.9700

2