IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY FENCE CO. and JEFFREY H. COLE<br><br>Defendants. | Case No. 14 C 2403<br><br>Judge St. Eve |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment against the Defendant and in support state:

1. Plaintiffs filed their complaint seeking an ERISA audit and any delinquent contributions shown to be owed.

2. The Court previously entered and Order of Default on May 22, 2014 directing the Defendant to submit to and audit. The Court retained jurisdiction to enter an appropriate order after completion of the audit. (Exhibit A)

3. The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees during the period January 2011 through December 2013. The contributions owed to the Trust Fund as a consequence of this breach are $47,465.32. (Exhibit B, affidavit of Debbie Trzeciak, Contribution Accounting Manager) (Exhibit C, Audit Report)

4. Jeffrey H. Cole, is the owner of the signatory employer and is personally liable for ERISA contributions owed to the Iron Workers Tri-State Welfare Plan because pursuant to the Agreement and Declaration of Trust of the Tri-State Welfare Plan, Article IV(f), "any individual who knowingly and willfully underpays or underreports Employer Contributions shall be personally liable for the amount which was not paid."

5. The Defendants owe liquidated damages on the unpaid ERISA contributions in the amount of $26,947.17 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

6. The Defendants owe $1,194.00 for necessary and reasonable audit fees, (Exhibit B), $10,975.00 for necessary and reasonable attorney fees and costs of $455.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit D, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of **$87,036.49**.

Respectively submitted,

s/ DANIEL P. McANALLY
Attorney for Plaintiffs

Daniel P. McAnally
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700